

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER C-20-1217-02 |
| IVAR CANTU<br>    AKA IVAR RAMOS JR. CANTU | § § § | |

<u>FACTUAL STATEMENT IN SUPPORT OF GUILTY PLEA</u>

The United States of America, by and through Ryan K. Patrick, United States Attorney for the Southern District of Texas, and Amanda L. Gould, Assistant United States Attorney, and the defendant IVAR CANTU, AKA IVAR RAMOS JR. CANTU, and the defendant's counsel, hereby stipulate as follows:

I.

The defendant confesses that within the Southern District of Texas on or about October 19, 2020,

1) That Plutarco Gonzalez-Reyes and Jesus Utrera-Abertano were aliens who had entered or remained in the United States in violation of the law;

2) That the defendant knew or recklessly disregarded the fact that the aliens were in the United States in violation of the law; and,

3) That the defendant knowingly and intentionally conspired and agreed with other persons known and unknown to transport the alien within the United States with intent to further the aliens' unlawful presence, by means of a motor vehicle.

II.

The defendant further stipulates and agrees that:

On October 19, 2020, a person who was later identified as SOFIA TIJERINA drove an SUV into the primary inspection area at the Border Patrol checkpoint near Falfurrias, Texas, for an immigration inspection. A person who was later identified as IVAR CANTU, AKA IVAR RAMOS JR. CANTU, was sitting in

the front passenger seat. In response to questions posed by the primary inspection agent, Tijerina said that she was coming from "the Valley," was going to San Antonio, and that there were only two (2) people in the vehicle. Cantu told the agent that he and Tijerina were boyfriend and girlfriend. As a canine was walked around the vehicle, the agent noted that the eyes of both Tijerina and Cantu were darting left and right, which to him was a sign of nervousness. The canine alerted to the vehicle and it was referred to the secondary inspection area.

In the secondary inspection area, agents located two (2) individuals in the trunk of the vehicle, one of whom was later identified as Plutarco Gonzalez-Reyes, and the second as Jesus Utrera-Abertano, both of whom were found to be citizens and nationals of Mexico who were illegally present in the United States. All the parties were arrested and taken into the checkpoint for processing.

In a post-arrest *Mirandized* interview, Tijerina told agents that she and Cantu were going to San Antonio for a getaway. She related that while she was getting ready to go, Cantu took the vehicle to go to his house to pack, and that he returned two (2) hours later. Tijerina told agents that Cantu packed the car, that they then left, got something to eat, and headed to the checkpoint. Tijerina said that Cantu was quiet during the drive and didn't want to talk. Tijerina claimed not to know that there were people in the trunk of the vehicle she was driving.

In a post-arrest *Mirandized* interview, Cantu told agents that he and Tijerina had been contemplating smuggling aliens, and that the smuggling facilitator had sent a $500.00 money order to Cantu. Cantu claimed that the facilitator threatened to harm his and Tijerina's family if they backed out of the arrangement. Cantu thought that, while he was talking to the facilitator, someone loaded illegal aliens into the trunk of the vehicle.

In a post-arrest *Mirandized* interview, Plutarco Gonzalez-Reyes told agents that he was picked up by people he later identified as Tijerina and Cantu from a hotel after he illegally crossed into the United States. Gonzalez said that he told Cantu that his destination was Houston, Texas, and Cantu responded with a "(y)es." Gonzalez told agents that Cantu put he and Utrera into the trunk of the vehicle, and that Gonzalez' family was going to pay Cantu and Tijerina an undisclosed amount of money.

In a post-arrest *Mirandized* interview, Jesus Utrera-Abertano told agents that he was taken to a motel after he illegally entered the United States, and was then picked up by a man and woman and told to get into the trunk of the vehicle.

The undersigned have thoroughly reviewed, understand, and agree that the information contained in this Stipulation of Fact is true and correct.

| | |
|---|---|
| /s/ Frank Morales by permission of... | Jan 27, 2021 |
| IVAR CANTU<br>   AKA IVAR RAMOS JR. CANTU<br>Defendant | Date |

APPROVED:

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: AMANDA L. GOULD
Assistant United States Attorney
New Mexico Bar # 16887
SDTX Admission # 277161
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Tel. (361) 903-7905

/s/ Frank Morales
FRANCISCO MORALES
Attorney for the Defendant