United States Courts
Southern District of Texas

AUG -2 2021

Nathan Ochsner, Clerk of Court

20cr1217-7

7-22-21

To whom it may concern

My Name is _Ivar Carte_. My federal number is _13499508_. I am formally requesting a copy of my criminal Docket text in regard to my case from the beginning, which I am entitled to. This a time sensitive matter.